L.B.F. 3015-6A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dwayne A Day                         :        Chapter    13
                    Debtor(s)               :        Bky. No. 20-10153 - MDC

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

        I hereby certify as follows in connection with the confirmation hearing in the
above case:

1.  The above named debtor(s) has/have paid all post-petition amounts that are required to be
    paid under any and all Domestic Support Obligations.

2.  The above named debtor(s) has/have filed all applicable federal, state and local tax returns as
    required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I
    will provide an updated Certification to the chapter 13 trustee prior to any subsequent
    confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date: 3\4\2020        _____
                      [name]
                      Attorney for Debtor(s)

Date:                 _____
                      [name]
                      Debtor

Date:                 _____
                      [name]
                      Debtor

-19-