IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Dwayne Day | : | No. 20-10153-MDC |
| Debtor | : | |

ANSWER TO MOTION OF NATIONSTAR MORTGAGE, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed as the debtor was temporarily out of work. The debtor has made one payment since and can remit another payment and remain current going forward. Debtor asks for the chance to catch up any remaining arrears.

7. Debtor is unsure of the same as they have made one payment, is prepared to make another full month's payment, and asks for the chance to catch up any remaining arrears.

8. Denied..

9. No objection.

10. No response required.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated:5/13/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Nationstar Mortgage, LLC.
Bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Dated: 5/13/20                    Attorney for Debtor